IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
(Baltimore)

**UNITED STATES OF AMERICA**   *

                *

    **v.**              **CRIMINAL NO.: ELH-20-0360**

                *

**JAVAUGHN BERRY**
\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF APPEAL**

Dear Clerk of the Court:

    At the request of the Defendant, Javaughn Berry, please note an appeal in the above captioned case. As this is an appeal from a guilty plea with an appellate waiver, it is respectfully requested that substitute counsel be appointed to address Mr. Berry's claims.

    Respectfully submitted,

    /s/
    _____
    Christopher J. Purpura, Esquire (27327)
    8 E. Mulberry Street
    Baltimore, Maryland 21202
    410.727.8550

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY, that on this 24th day of September, 2021, a copy of the foregoing Notice of Appeal was delivered to the Office of the United States Attorney for Maryland via ECF.

2

_____/s/_____
Christopher J. Purpura